1156

No. 10–7590.  KONSAVICH v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–7595.  RODRIGUEZ-TURCIOS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–7598.  ARREDONDO-DUENAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–7601.  HAMMOND v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–7602.  HERNANDEZ v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 10–7604.  FLOYD v. MCNEIL, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–7607.  HARDY v. BRANKER, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–7609.  CONTRERAS-AGUINAGA v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 10–7610.  COLE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–7614.  BROWN v. SPARKMAN, SUPERINTENDENT, MISSIS-SIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 10–7618.  MORAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–7621.  WISE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–7623.  WHITNEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–7624.  VERDUGO v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 10–7625.  ALEXANDER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.